LEO Y. CHERTOK, Appellant, *v.* SINCLAIR OIL CORPORATION et al., Respondents, et al., Defendants.

Argued May 24, 1951; decided July 11, 1951.

*Milton Pollack, Harry J. Pasternak* and *Samuel Markle* for appellant.

*Joseph M. Proskauer, Joseph P. Walsh, Eugene Eisenmann* and *Felix C. Lourie* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.